JOSEPHINE C. WILSON et al., Appellants and Respondents, v. JAYBRO REALTY & DEVELOPMENT CO., INC., Appellant, and MANHATTAN FOOD STORES INC., Defendant-Respondent.—

Present — Close, P. J., Carswell, Adel, Taylor and Lewis, JJ.